UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00475-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FRANCISCO GUZMAN-PEREZ,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Tuesday, December 8, 2009,** and responses to these motions shall be filed by **Tuesday, December 15, 2009.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, December 22, 2009, at 2:00 p.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, January 11, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated November 19, 2009.

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Chief U. S. District Judge