UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00475-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FRANCISCO GUZMAN-PEREZ,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition, [doc.# 11], was received in the above captioned matter on December 10, 2009. Accordingly the hearing on pending motions and final trial preparation conference set for Tuesday, December 22, 2009, at 2:00 p.m. and the 2-day jury trial set for Monday, January 11, 2010, at 9:00 a.m. are **VACATED.**  A Change of Plea Hearing is **SET** for **Monday, January 25, 2010 at 10:00 a.m. in Courtroom A-1002.**

    Dated: December 10, 2009