UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00475-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FRANCISCO GUZMAN-PEREZ,

      Defendant.

---

**MINUTE ORDER**

---

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Change of Plea hearing is set for **Monday, February 22, 2010 at 11:00 a.m. in Courtroom A1002.**

      Dated: February 3, 2010